IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| REQUEST FOR INTERNATIONAL JUDICIAL ASSISTANCE FROM THE FAMILY COURT OF JERUSALEM, ISRAEL<br><br>IN THE MATTER OF MARLENE LYNN MAZEL HERSKOWITZ V. ELLIOT HERSKOWITZ | Case No. 8:21CV414<br><br>APPLICATION FOR ORDER PURUSANT TO 28 U.S.C. § 1782(a) |

Jan W. Sharp, Acting United States Attorney for the District of Nebraska, by the undersigned Assistant United States Attorney, Laurie A. Kelly, petitions this Court for an Order pursuant to 28 U.S.C. § 1782(a), appointing Laurie A. Kelly, Assistant United States Attorney, Commissioner for the purposes of obtaining documents from TD Ameritrade, Inc. Certain information has been requested by the Family Court of Jerusalem, Israel ("Israeli Court"), pursuant to a Letter of Request issued in connection with a civil judicial proceeding captioned *Marlene Lynn Mazel Herskowitz v. Elliot Herskowitz*, Foreign Reference Number 25524-11-13.

The grounds for this Application are more fully articulated in the Brief in Support of Application for Order that has been simultaneously. In accordance with local rules, a proposed Order will be sent via email to the chambers of the assigned judge.

Respectfully submitted,

JAN W. SHARP
Acting United States Attorney

By: *s/ Laurie A. Kelly*
LAURIE A. KELLY, MA Bar 557575
Assistant U.S. Attorney
1620 Dodge Street, Suite 1400
Omaha, NE 68102-1506
Tel: (402) 661-3700
Fax: (402) 661-3081
Email: laurie.kelly@usdoj.gov