IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| REQUEST FOR INTERNATIONAL JUDICIAL ASSISTANCE FROM THE FAMILY COURT OF JERUSALEM, ISRAEL | Case No. 8:21CV414 |
| IN THE MATTER OF MARLENE LYNN MAZEL HERSKOWITZ V. ELLIOT HERSKOWITZ | ORDER |

WHEREAS, the United States, by its counsel, on behalf of the Family Court of Jerusalem, Israel, in the matter of *Marlene Lynn Mazel Herskowitz v. Elliot Herskowitz,* Foreign Reference Number 25524-11-13, through its Application pursuant to 28 U.S.C. § 1782, is seeking to obtain certain information from TD Ameritrade, Inc., for use in connection with a judicial proceeding in Israel; and

WHEREAS upon review of the Letter of Request issued by the Family Court of Jerusalem, Israel, in the matter of *Marlene Lynn Mazel Herskowitz v. Elliot Herskowitz,* Foreign Reference Number 25524-11-13*,* seeking evidence from individuals or entities who may be found within the jurisdiction of this Court for use in said judicial proceedings in Israel, and the Court being fully informed in the premises.

NOW THEREFORE, it is ORDERED AND ADJUDGED, pursuant to the authority contained in Title 28, United States Code Section 1782(a) and Rule 28(a) of the Federal Rules of Civil Procedure that Laurie A. Kelly, Assistant United States Attorney for the District of Nebraska, hereby is appointed Commissioner of this Court, to obtain by subpoena the requested evidence from TD Ameritrade, Inc. for transmission to the Office of International Judicial Assistance, United States Department of Justice, for transmission to the Family Court of Jerusalem, Israel, in the matter of *Marlene Lynn Mazel Herskowitz v. Elliot Herskowitz,* Foreign

Reference Number 25524-11-13; and to do all else that may be necessary for the accomplishment of the purpose of this Order.

IT IS FURTHER ORDERED that the United States Attorney's Office shall provide TD Ameritrade, Inc. in Omaha, Nebraska, with a copy of this Order and the accompanying documents.

Dated the 25th day of October, 2021.

---
Michael D. Nelson
UNITED STATES MAGISTRATE JUDGE